UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

| | |
|---|---|
| JEFFREY TOTH and JOANNE TOTH, Individually and On Behalf of All Others Similarly Situated, | **Case No.: 3:12-cv-00620-MMH-JRK** |
| Plaintiffs, | |
| vs. | |
| NELSON, WATSON & ASSOCIATES, LLC, | |
| Defendant. | |

---

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Jeffrey Toth and Joanne Toth and Defendant Nelson, Watson & Associates, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own fees and costs.

Dated:   January 15, 2013

*/s/ James L. Davidson*_____
James L. Davidson, Esq.
Florida Bar No. : 723371
Michael L. Greenwald, Esq.
Florida Bar No.: 761761
GREENWALD DAVIDSON PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel:   561-826-5477
Fax:   561-961-5684
jdavidson@mgjdlaw.com
mgreenwald@mgjdlaw.com

1

Aaron D. Radbil, Esq.
WEISBERG & MEYERS, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012
Tel:   (888) 595-9111 Ext. 122
Fax:   (866) 577-0963
aradbil@attorneysforconsumers.com

Attorneys for Plaintiffs


*/s/ Ernest H. Kohlmyer_____*
Ernest H. "Skip" Kohlmyer, Esq.
Florida Bar No. 0110108
Urban, Thier, Federer & Chinnery, P.A.
200 South Orange Avenue, Suite 2000
Orlando, FL   32801
Tel:   (407) 245-8352
Fax:   (407) 245-8361
kohlmyer@urbanthier.com

Attorney for Defendant

2