**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JEFFREY TOTH and JOANNE TOTH,
Individually And On Behalf Of All Others
Similarly Situated,

                 Plaintiffs,

-vs-                                     Case No. 3:12-cv-620-J-34JRK

NELSON, WATSON & ASSOCIATES, LLC,

                 Defendant.

_____

**ORDER OF DISMISSAL**

      This matter is before the Court on the Stipulation of Voluntary Dismissal With Prejudice (Dkt. No. 21; Stipulation) filed on January 15, 2013.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

      1.     This case is **DISMISSED with prejudice**.

      2.     Each party shall bear its own attorney's fees and costs.

3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of January, 2013.

*Marcia Morales Howard*

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record